IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

GARY EARL GLENN WRIGHT, SR., ET AL. §

VS.                                                  §                    CIVIL ACTION NO. 1:26cv119

JIM FERGUSON UNIT, ET AL.                §

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Plaintiffs filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.  The case involves the death of Gary Earl Glenn Wright, Jr., while he was incarcerated at the Ferguson Unit of the Texas Department of Criminal Justice, Correctional Institutions Division.

Analysis

The Civil Rights Act, 42 U.S.C. § 1981, *et. seq.*, under which this case is brought, does not contain a specific venue provision.  Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391.  When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendant reside or in which the claim arose.

Plaintiffs complain of events which occurred at the Ferguson Unit, which is located in Madison County, Texas.  The claims therefore arose in Madison County.  In addition, the individual defendants appear to reside in Madison County.  Pursuant to 28 U.S.C. § 124, Madison County is located in the Houston Division of the Southern District of Texas.

As Madison County is not located in the Eastern District of Texas, and none of the defendants reside in the Eastern District, venue in the Eastern District of Texas is not proper.  When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).  The court is of the opinion it would be in the interests of justice to transfer this case to the correct district.

<u>ORDER</u>

Accordingly, it is **ORDERED** this case is transferred to the Houston Division of the United States District Court for the Southern District of Texas.

SIGNED this 27th day of April, 2026.

_____
Zack Hawthorn
United States Magistrate Judge